# Mark Schlachet, Esq.
### Tel:216-225-7559
**email: markschlachet@me.com**

43 West 43rd Street, Suite 220                    Admitted OH, NY
New York, New York 10036-7424
       (By Appointment)

9511 Collins Ave., Suite 605
Surfside, FL 33154-2619


August 12, 2022

VIA ECF

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court for the Eastern District of New
York 225 Cadman Plaza East
Room 1230
Brooklyn, NY 11201


      **Re:** *Global Supplies NY, Inc. v. Electrolux Home*
          *Products, Inc., et al.*, **No. 1:19-cv- 04823-LDH-**
          **CLP (EDNY)**


Your Honor:

    Undersigned is counsel to Plaintiff in the captioned matter and writes today to call attention to Plaintiff's pending motion for additional discovery and briefing in connection with Plaintiff's motion to transfer venue, Defendant's cross-motion to transfer venue, and the entry of the Honorable LaShann DeArcy Hall referring the foregoing to Your Honor:

> ORDER: Defendant's motion [83] for additional discovery and briefing on venue is respectfully referred to Chief Magistrate Judge Cheryl L. Pollak for report and recommendation. Ordered by Judge LaShann DeArcy Hall on 4/28/2022. (Williams, Erica)

It has been my practice to advise the courts of motions pending beyond 90 days, as a courtesy to the court.

Respectfully submitted,


/s/Mark Schlachet
43 West 43rd Street Suite 220 New York,
New York 10036-7424
(216) 225-7559
Email: markschlachet@me.com

9511 Collins Ave.-Ste. 605
Surfside, FL 33154

*Attorney for Plaintiff*


cc: All Counsel (ECF)